IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN LARON MCARTHUR,
ADC #95870                                                                                         PLAINTIFF

VS.                                      5:15CV00096-BRW-JTK

KENNIE L. BOLDEN, *et al.*                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time for doing so has passed. After a review of those proposed findings and recommendations and a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Plaintiff's Motion for Temporary Injunctive Relief, which this Court construes as a Motion for Preliminary Injunction, (Doc. No. 42) is DENIED.

IT IS SO ORDERED this 18th day of November, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE