# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**STEVEN LARON MCARTHUR,**                                            **PLAINTIFF**
**ADC #95870**

**VS.**                        **5:15CV00096-BRW-JTK**

**KENNIE L. BOLDEN, et al.**                                         **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of the proposed findings and recommendations and Plaintiff's objections, and a *de novo* review of the record, I adopt the recommendations in their entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 64) is GRANTED. Plaintiff's claims against Defendants Bolden and Thompson are DISMISSED without prejudice, for failure to exhaust. Plaintiff's claims against Defendants Bradley, Craig, Eason, Haynes, Roberts, and Watson are DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of March, 2016.

                                                                              /s/ Billy Roy Wilson
                                                                              UNITED STATES DISTRICT JUDGE